IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DALINDA C. BADENHOOP, et vir | * | |
| Plaintiffs | * | |
| vs. | * | Civil Action No. 01-152 |
| AC&S, INC., et al | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF PARTIAL DISMISSAL

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a), hereby dismiss AC&S, Inc., Owens-Illinois, Inc., Porter Hayden Company and Rapid-American Corporation, all without prejudice and all without consideration paid. The case is stayed as against Armstrong World Industries, Inc., GAF Corporation and Pittsburgh-Corning Corporation as a result of various Chapter 11 filings by those Defendants. The case remains pending against the Defendant Lorillard Tobacco Company only.

John Amato, IV
GOODMAN, MEAGHER & ENOCH, LLP
111 N. Charles Street
Baltimore, MD 21201
410-752-3666
Attorneys for Plaintiff(s)

_____
Padraic McSherry Morton
**Whiteford, Taylor & Preston**
7 St. Paul Street, Suite 1400
Baltimore, MD 21202
Attorneys for Porter-Hayden, Inc.

_____
Donald S. Meringer
**Danaher, Tedford, Lagnese**
201 N. Charles Street, Suite 2402
Baltimore, MD 21201
Attorneys for ACandS, Inc.

_____
Gerry H. Tostanoski
**Tydings & Rosenberg LLP**
100 East Pratt Street
Baltimore, MD 21202
Attorneys for Owens-Illinois, Inc.

_____
M. King Hill, III
**Venable, Baetjer & Howard**
210 Allegheny Avenue - P.O. Box 5517
Towson, MD 21204
Attorneys for Rapid-American Corp.

**I HEREBY CERTIFY** that on this 14th day of March, 2001, a copy of the foregoing Stipulation of Partial Dismissal was mailed to:

James E. Gray, Esquire
Andrew Gendron, Esquire
**Venable, Baetjer & Howard, LLP**
Two Hopkins Plaza - Suite 1800
Baltimore, MD 21201-2978
Attorneys for Lorillard Tobacco Company

_____
John Amato, IV

GOODMAN, MEAGHER
& ENOCH, LLP
ATTORNEYS AT LAW
N. CHARLES STREET
BALTIMORE, MD 21201