IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS          *    Civil Action No. MDL 875
LIABILITY LITIGATION (NO. VI)     *
_____x
This Document Relates To:              FILED   APR 1 7 2001
_____x

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                           )
ASBESTOS LITIGATION              )
_____  )
                                            FILED        ENTERED
                                            LODGED       RECEIVED

                                            APR 2 0 2001

DALINDA C. BADENHOOP, et al      )          AT BALTIMORE
                                            CLERK U.S. DISTRICT
                                                    OF MD
         Plaintiffs               )                       DEPUTY

    vs.                           )         Civil Action No. JFM 01-152

LORILLARD TOBACCO CO.             )

         Defendants               )

                                  )
********************************************************************

# ORDER

Having considered the Plaintiffs' Motion for Immediate Remand, it having

been set forth in the Motion that Defendant Lorillard has no opposition to remove

this case from the MDL consolidation, it is this 16th day of April, 2001,

ENTERED ORDERED that this case is hereby remanded to the U.S. District Court for

OMAN, MEAGHER
ENOCH, LLP
ATTORNEYS AT LAW
N CHARLES STREET
IMORE, MD 21201

ENTERED
APR 1 7 20
CLERK OF COU

the District of Maryland for further proceedings. *except the severed claims for punitive or exemplary damages*

_____
Charles R. Weiner
JUDGE

ODMAN, MEAGHER
& ENOCH, LLP
ATTORNEYS AT LAW
111 N CHARLES STREET
BALTIMORE, MD. 21201