

FILED ___ RECEIVED
___ ENTERED

MAY 2 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND    DEPUTY
BY

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DALINDA C. BADENHOOP, et vir. | * |
| Plaintiffs | * |
| v. | *  Civil Action No. JFM-01-152 |
| ACandS, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

ACandS, Inc. hereby stipulates to the dismissal, with prejudice, of its cross-claims and third-party claims in the above-referenced case as to United States Gypsum Company.

_____          _____
James G. Koutras                 Vincent J. Palmiotto
McCARTER & ENGLISH               CHURCH & HOUFF, P.A.
Harborplace Tower                2 North Charles Street
111 S. Calvert Street, Suite 1560   Suite 600, B&O Building
Baltimore, Maryland 21202        Baltimore, Maryland 21202
(410) 385-5628                   (410) 539-3900

Attorney for Defendant,          Attorney for Defendant,
ACandS, Inc.                     United States Gypsum Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2001, a copy of the Stipulation of Dismissal of Defendant, ACandS, Inc.'s cross-claims and third-party claims against Defendant, United States Gypsum Company, was mailed, first class, postage prepaid to all counsel of record.

_____
Vincent J. Palmiotto