IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DALINDA C. BADENHOOP, et vir. * | |
| Plaintiffs * | |
| v. * | Civil Action No. 01CV0152 |
| ACandS, Inc., et al. * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1.(b) of this Court, Andrew Gendron, Esquire, a member of the Bar of this Court, moves the admission of Roger C. Geary, Esquire to appear *pro hac vice* in the captioned proceeding as counsel for Defendant, Lorillard Tobacco Company.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bar of the State of Missouri, United States District Court for the Western District of Missouri, and Eighth Circuit United States Court of Appeals.

2. During the past twelve (12) months immediately preceding the filing of this Motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of



1

Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in these proceedings will be the undersigned, who has been formally admitted to the bar of this Court.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_____
Andrew Gendron
VENABLE, BAETJER and HOWARD
   LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
Tel: (410) 244-7400
Fax: (410) 244-7742
Bar No. 5111

PROPOSED ADMITTEE:

_____
Roger C. Geary
SHOOK, HARDY & BACON LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
Tel: (816) 474-6550
Fax: (816) 421-5547

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____
Date

_____
Judge, United States District Court

2

VENABLE, BAETJER AND HOWARD, LLP
*Including professional corporations*

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742
www.venable.com





OFFICES IN
DISTRICT COURT
MARYLAND
WASHINGTON, D.C.
VIRGINIA

2001 JUN 18 P 12: 27

Andrew Gendron
(410) 244-7439
agendron@venable.com

_____ DEPUTY

June 18, 2001

**<u>HAND DELIVERED</u>**

Clerk of the United States District Court
  for the Northern District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Badenhoop, et vir. v. ACandS, Inc., et al.
             <u>Case No. 01CV0152</u>

Dear Madam Clerk:

      Enclosed please find an original and two copies of a Motion for Admission Pro Hac Vice for filing in the above-referenced case. Also enclosed is my firm's check in the amount of $50.00.

      Please date stamp one copy of this Motion and return it to my waiting messenger.

      Thank you for your assistance in this matter.

                          Very truly yours,

                          Andrew Gendron

AG/ral
Enclosures