**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

June 25, 2001

MEMO TO COUNSEL RE: Badenhoop, et al. v. Lorillard Tobacco Co.
Civil No. JFM-01-152

Dear Counsel:

This will confirm the schedule set at the conference held last Friday.

<u>Schedule re "lung tissue" and "Argentina" issues</u>

| | |
|---|---|
| September 28, 2001 | Deadline for plaintiff's Rule 26(a)(2) disclosures |
| November 16, 2001 | Deadline for defendant's Rule 26(a)(2) disclosures |
| January 18, 2002 | Discovery deadline |
| February 18, 2002 | Deadline for defendant's summary judgment motion |
| March 15, 2002 | Deadline for plaintiff's opposition |
| March 29, 2002 | Deadline for defendant's reply |
| May 17, 2002 9:30 a.m. | Hearing |

<u>Other issues</u>

| | |
|---|---|
| November 30, 2001 | Deadline for plaintiff's Rule 26(a)(2) disclosures |
| February 1, 2002 | Deadline for defendant's Rule 26(a)(2) disclosures |
| March 1, 2002 | Deadline for plaintiff's rebuttal Rule 26(a)(2) disclosures |
| March 15, 2002 | Deadline for Rule 26(e) supplementations |
| March 29, 2002 | Discovery deadline |
| April 18, 2002 | Summary judgment motions deadline |



**Page Two**

Trial schedule

| | |
|---|---|
| August 9, 2002 | Deadline for defendant to submit proposed voir dire questions and jury instructions and for both parties to file motions in limine[1] |
| August 20, 2002 | Deadline for pretrial order and for plaintiff to submit proposed substitutive or supplemental voir dire questions and jury instructions |
| August 22, 2002 4:30 p.m. | Pretrial conference (may be by telephone) |
| September 16, 2002 | Trial (jury; 2-3 weeks) |

Schedule re plaintiff's "offensive collateral estoppel" motion for partial summary judgment

| | |
|---|---|
| August 17, 2001 | Deadline for plaintiff's motion |
| 30 days after filing of plaintiff's motion | Deadline for defendant's opposition |
| 15 days after filing of defendant's opposition | Deadline for plaintiff's reply |

 Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz<br>
United States District Judge

cc: Court File

---

[1] The motions in limine deadline is a new deadline. I forgot to set it during our conference.