UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP 14 A 8: 17

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

September 13, 2001

Memo To Counsel Re: Dalinda Badenhoop, et al. v. Lorillard Tobacco Co.
Civil No. JFM-01-152

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' motion for partial summary judgment.

The motion is denied. I am persuaded that it would be extremely unfair for me to exercise my discretion to permit collateral estoppel to be used offensively against defendant, particularly in light of the fact that a number of verdicts have been returned in its favor in similar cases. See generally, Parklane Hosiery Co. v. Shore, 439 U.S. 322, 331 (1979). One of those verdicts was returned in this court. Plaintiffs' attempt to distinguish the issues resolved by the verdicts in defendant's favor and the issues as to which they seek collateral estoppel does not persuade me to the contrary.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File