IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DALINDA BADENHOOP, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-01-152 |
| | * | |
| LORILLARD TOBACCO COMPANY | * | |
| | ***** | |

ORDER

As stated in the accompanying memorandum to counsel, it is, this 13th day of September 2001

ORDERED that plaintiffs' motion for partial summary judgment is denied.

J. Frederick Motz
United States District Judge

