LAW OFFICES OF
## GOODMAN, MEAGHER & ENOCH, LLP
ATTORNEYS AND COUNSELLORS-AT-LAW
111 N. CHARLES STREET—7TH FLOOR
BALTIMORE, MD 21201-3892

TELEPHONE: 410-752-3666

PHILIP H. GOODMAN
1915-1976
FRANCIS J. MEAGHER
OF COUNSEL
JOHN T. ENOCH
OF COUNSEL
BERNARD J. SACHS
RICHARD KUPFER
LEONARD J. GROSSMAN
DANIEL E. LIEBFELD

WALTER F. BALINT
JEFFREY T. WEINBERG
JOHN AMATO, IV
ROBERT S. ARMSTRONG
ROBERT R. TOUSEY

FAX: 410-752-3105
410-752-6391
410-752-7115

September 19, 2001

The Honorable J. Frederick Motz, Chief Judge
U.S. District Court for The District of Maryland
5th Floor - Room 510
101 W. Lombard Street
Baltimore, MD 21201

**RE: Dalinda Badenhoop v. Lorillard Tobacco Co.**
**Civil No.: JFM-01-152**

Dear Judge Motz:

This letter is intended as a status report in the above case.

Mrs. Badenhoop died on 9/1/01. The autopsy was performed the following day by Dr. Rudiger Breitenecker. The Court's original scheduling order had provided a deadline for expert reports on lung tissue issues of 9/28/01, but that deadline was established at a time when we believed that Mrs. Badenhoop would expire before the end of July.

Due to her only recent passing, Mr. Gendron and I have agreed, with your approval, to a 30-day extension of the deadline to designate experts on the fiber issues. This would mean that the plaintiff's Rule 26(a)(2) disclosures would be due on or before 10/29/01 and the defense expert disclosures would be due on or before 12/17/01.

In return for this courtesy, I have promised Mr. Gendron to provide a copy of Dr. Breitenecker's autopsy report as soon as it is available, and to further advise him when the pathology material collected by Dr. Breitenecker will be available for his pick-up.

I will also work with the Court and defense counsel on any necessary modification of the discovery deadline, the summary judgment pleading deadlines, and the hearing date, if any, on this issue.

Thank you for your consideration of this matter.

                            Very truly yours,

                            **GOODMAN, MEAGHER & ENOCH, LLP**

                            John Amato, IV

JA/daw

cc: Andrew Gendron, Esquire
    Roger C. Geary, Esquire