**VENABLE, BAETJER AND HOWARD, LLP**
*Including professional corporations*

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742
www.venable.com

OFFICES IN

MARYLAND
WASHINGTON, D.C.
VIRGINIA

**VENABLE**

ATTORNEYS AT LAW

October 9, 2001

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 15 P 12: 56

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

Andrew Gendron
(410) 244-7439
agendron@venable.com

## VIA HAND DELIVERY

Honorable J. Frederick Motz
Chief Judge of the United States
District Court for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

> Re:    Dalinda Badenhoop et vir v. Lorillard Tobacco Company
> Civil Action No.:  JFM-01-152

Dear Judge Motz:

Lorillard recently agreed to plaintiff's request for a thirty-day extension regarding plaintiff's Rule 26(a)(2) disclosures, which, under the Scheduling Order, would have been due on September 28, 2001.    The court granted that request, which was prompted by Mrs. Badenhoop's recent passing and the contemplated tissue testing in this case.

In recently reviewing the court's Scheduling Order, I was reminded of the fact that the court combined the "lung tissue" and "Argentina" issues for the purposes of the parties' Rule 26(a)(2) disclosures, a discovery deadline, a summary judgment motion deadline, and a hearing date.

Inasmuch as the court's Scheduling Order combines the "lung tissue" and "Argentina" issues for joint resolution, I asked Mr. Amato if it wouldn't make sense for the parties to remain consistent with the terms of the Scheduling Order and keep the deadlines for "lung tissue" and "Argentina" issues the same. Under this thinking the deadlines relating to "lung tissue" and "Argentina" issues, as set forth in the court's Scheduling Order, would remain the same.

Mr. Amato agreed with this suggestion. Accordingly, this letter is to ask the court for its approval. Appreciative of your attention to this matter, I remain,

Respectfully,

Andrew Gendron

AG:pvb
cc:    John V. Amato, IV, Esquire  (via facsimile)