IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DALINDA C. BADENHOOP, *et vir.* | * |
| Plaintiffs | * |
| v. | * |
| | Civil Action No. JFM-01-CV-0152 |
| LORILLARD TOBACCO CO., | * |
| Defendant | * |
| | * |

* * * * * * * * * * * * * * * * *

**MOTION TO STRIKE APPEARANCES OF JAMES E. GRAY, ANDREW
GENDRON AND VENABLE, BAETJER & HOWARD
AND ENTRY OF APPEARANCE OF KATHLEEN M. McDONALD
AND KERR McDONALD, LLP, AS COUNSEL FOR DEFENDANT
<u>LORILLARD TOBACCO COMPANY</u>**

Defendant Lorillard Tobacco Company ("Lorillard"), by its undersigned counsel, hereby moves, in accordance with Local Rule 2.a, that the appearances of James E. Gray, Andrew Gendron, and Venable, Baetjer & Howard, L.L.P., be stricken as counsel for Lorillard, and that the appearances of Kathleen M. McDonald and Kerr McDonald, LLP, be entered as counsel for Lorillard in this action. Roger C. Geary and Shook, Hardy & Bacon, LLP, shall remain as additional counsel for Lorillard.

Kathleen M. McDonald
Federal Bar No. 0764

James E. Gray (#60)
Andrew Gendron (#5111)

Kerr McDonald, LLP
31 Light Street
Suite 400
Baltimore, MD 21202
Tel: (410) 539-2900
Fax: (410) 539-2956

and

Roger C. Geary
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Tel: (816) 474-6550
Fax: (816) 421-2708

Attorneys for Lorillard Tobacco Company

Venable, Baetjer & Howard, L.L.P.
1800 Mercantile Building
2 Hopkins Plaza
Baltimore, MD 21201
Tel:  (410) 244-7400
Fax: (410) 244-7742

SO ORDERED, this 4th day of March, 2002.

J. Frederick Motz
Chief Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2002, a copy of the forgoing Motion to Strike Appearances of James E. Gray, Andrew Gendron, and Venable, Baetjer & Howard, and Entry of Appearances of Kathleen M. McDonald and Kerr McDonald, LLP, As Counsel for Defendant Lorillard Tobacco Company was mailed, by first-class mail, postage prepaid, to John V. Amato, Esquire, Goodman, Meagher & Enoch, LLP, 111 North Charles Street, Baltimore, MD 21201, attorney for Plaintiffs.

                                                  Kathleen M. McDonald

M5286

**KERR McDONALD, LLP**
ATTORNEYS AT LAW
31 LIGHT STREET
SUITE 400
BALTIMORE, MARYLAND 21202

(410) 539-2900
FAX (410) 539-2956
E-MAIL KrMcd@KerrMcDonald.com

CHARLES M. KERR
KATHLEEN M. McDONALD

OF COUNSEL
ROBERT G. CASSILLY
JULIE E. DOWLER SHEPARD

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAR -1  P 4:44

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

March 1, 2002

**BY HAND-DELIVERY**
Clerk
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

   Re:   Badenhoop, *et vir.* v. Lorillard Tobacco Company
         <u>Civil Action No. JFM-01-CV-152</u>

Dear Clerk:

   Enclosed for filing in this case are an original (two-hole punched) and two copies of a Motion to Strike Appearances of James E. Gray, Andrew Gendron and Venable, Baetjer & Howard, and Entry of Appearances of Kathleen M. McDonald and Kerr McDonald, LLP, as Counsel for Defendant Lorillard Tobacco Company.

   Also enclosed is an extra copy of the enclosed paper, to be date-stamped and returned to the messenger.

   Thank you for you assistance with this filing.

                                 Very truly yours,

                                 Kathleen M. McDonald

Encl.
cc:   Andrew Gendron, Esquire, with enclosure, by facsimile
      John V. Amato, Esquire, with enclosure, by facsimile

M5295