**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

April 5, 2002

MEMO TO COUNSEL RE: Badenhoop, et al. v. Lorillard Tobacco Co.
Civil No. JFM-01-152

Dear Counsel:

This will confirm the revised schedule set during the conference held today.

| Date | Item |
|---|---|
| April 10, 2002 | Deadline for you to advise me whether your experts are available on July 1 and 2 (first preference) or on June 24 and 25 (second preference) for hearing re causation issues |
| May 8, 2002 | Deadline for plaintiff's supplemental memorandum re causation issues |
| May 24, 2002 | Deadline for defendant's supplemental memorandum re causation issues |
| July 1-2 or June 24-25 | Hearing re causation issues |
| January 6, 2003 | Trial (jury; 2-3 weeks) |

This will also confirm that the hearing scheduled for May 17, 2002 is canceled.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File