IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DALINDA BADENHOOP, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-01-152 |
| | * | |
| LORILLARD TOBACCO COMPANY | * | |

*****

ORDER

Upon consideration of defendant's motion for partial summary judgment and it appearing from plaintiff's response to the motion that they do not oppose it, it is, this 2nd day of May 2002

ORDERED

1. Defendant's motion for partial summary judgment is granted; and

2. Judgment is entered in favor of defendant against plaintiff as to Counts XIV, XV and XVIII <u>only</u>.

/s/
_____
J. Frederick Motz
United States District Judge

