**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DALINDA C. BADENHOOP, et al  *
        Plaintiff(s)

                                Case No.: JFM 01-152

    vs.                         *

LORILLARD TOBACCO CO.          *
        Defendant(s)
                        *******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, John Amato, IV, am a member in good standing of the bar of this Court. My bar number is 00474. I am moving the admission of Paul Jacob Cone, II, to appear *pro hac vice* in this case as counsel for Plaintiffs.

We certify that:

1.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| South Carolina Supreme Court | November 16, 1988 |
| North Carolina Supreme Court | August 19, 1988 |
| United States District Court, Western District of North Carolina | September 29, 1988 |
| United States District Court, Eastern District of North Carolina | March 28, 1992 |
| United States District Court, Middle District of North Carolina | December 8, 1997 |
| United States District Court, District of South Carolina | November 16, 1988 |

2.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

3.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or ___Leonard J. Grossman___, is also a member of the bar of this Court in good standing, and will serve as co-counsel for these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| John Amato, IV | Paul Jay Cone, II |
| Printed name | |
| | Prid 288958 |
| Goodman, Meagher & Enoch, LLP | Ness, Motley, P.A.    Plid 116357 |
| Firm | Firm |
| 111 N. Charles Street<br>Baltimore, MD 21201 | P.O. Box 1792<br>Mt. Pleasant, SC 29464 |
| Address | Address |
| (410) 752-3666 | 843-216-9000 |
| Telephone Number | Telephone Number |
| (410) 752-3105 | 843-216-9450 |
| Fax Number | Fax Number |