UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -2  A

AT BALTIMORE

_____ DEPUTY

August 2, 2002

Memo To Counsel Re: Badenhoop v. Lorillard Tobacco Co.
Civil No. JFM-01-152

Dear Counsel:

Thank you for your letter of July 26, 2002. I apologize for my delay in responding to it.

Your proposed briefing schedule is approved. I also note that you are correct that the August dates set by my scheduling order of June 25, 2001 have been superseded by events. I will set new dates after ruling on Lorillard's motion for summary judgment (assuming I deny it).

As I believe I may have previously mentioned to you, courts are required to report motions that are "overdue," i.e. pending for over six months. I very much believe in the reporting process since it provides an incentive for judges to render their decisions expeditiously. At the same time, I believe that the data contained in the report would be misleading if it included motions that a judge has not been able to decide because full briefing had not been completed. That would be the case here in the event that I included in my next report Lorillard's motion for summary judgment that required the evidentiary hearing on <u>Daubert</u> and related issues. Accordingly, I am today entering an order denying Lorillard's motion without prejudice to Lorillard renewing it when it files its opening post-hearing memorandum. I hope this procedure is acceptable to you.

Very truly yours,

J. Frederick Motz
United States District Judge

