IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DALINDA C. BADENHOOP, ET AL. | * |
| v. | * Civil No. JFM-01-152 |
| LORILLARD TOBACCO CO. | * |

*****

ORDER

The motion for summary judgment on causation having been filed by defendant on February 19, 2002, an evidentiary hearing on various issues pertaining to the motion having been held on July 1, 2, and 11, 2002, and the parties having agreed that supplemental briefing is required (that will not be completed until September 9, 2002), it is, this 2nd day of August 2002

ORDERED that Lorillard's motion for summary judgment be denied without prejudice to Lorillard renewing the motion when it files its opening post-hearing memorandum.

_____
J. Frederick Motz
United States District Judge

