UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

September 19, 2002

Memo To Counsel Re: Dalinda Badenhoop, et al. v. Lorillard Tobacco Co.
Civil No. JFM-01-152

Dear Counsel:

I have reviewed the papers submitted in connection with defendant's renewed motion for summary judgment regarding causation.

Having listened attentively to the testimony presented in the hearing held before me on July 1, 2, and 11, 2002, I am satisfied that Dr. Abraham is fully competent to express the opinions he has articulated and that his opinion otherwise meets the <u>Daubert</u> standards. Further, I am satisfied that Dr. Abraham's opinion is sufficient to establish a genuine issue of material fact as to whether the asbestos contained in the Micronite filter in Kent cigarettes was a substantial factor in causing plaintiff's mesothelioma. See <u>Eagle-Picher Industries, Inc. v. Dalbos</u>, 604 A.2d 445 (Md. 1992). Accordingly, defendant's motion is denied.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/ JFM

J. Frederick Motz
United States District Judge

cc: Court File

