IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DALINDA C. BADENHOOP, ET AL.     *
                                 *
    v.                           *   Civil No. JFM-01-152
                                 *
LORILLARD TOBACCO CO.            *
                             *****

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 19th day of September 2002

ORDERED that defendant's renewed motion for summary judgment regarding causation is denied.

_____
J. Frederick Motz
United States District Judge