**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 18, 2002

Memo To Counsel Re: Badenhoop, et al. v. Lorillard Tobacco Co.
Civil No. JFM-01-152

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| November 15, 2002 | Deadline for motions in limine |
| December 6, 2002 | Deadline for oppositions to motions in limine and for defendant's proposed voir dire questions and jury instructions |
| December 20, 2002 | Deadline for replies in support of motions in limine, plaintiff's proposed substitutive or supplemental voir dire questions and jury instructions, and for a pretrial order |
| January 17, 2003 9:30 a.m. | Pretrial conference and hearing on pending motions and other issues |
| Two week period beginning April 14, 2003 | Jury; estimated to last 2-3 weeks |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

