IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DALINDA C. BADENHOOP, ET AL.       *
                                    *
v.                                  *   Civil No. JFM-01-152
                                    *
LORILLARD TOBACCO CO.              *
                                 *****

ORDER

In accordance with the attached letter from counsel for defendant dated November 18, 2002, it is, this 19th day of November 2002

ORDERED

1. Defendant's opposition to plaintiffs' motion for leave to file a second amended complaint is withdrawn; and

2. Plaintiff's motion is granted.

_____
J. Frederick Motz
United States District Judge