ORIGINAL

$50 FEE PAID
#1190597
FEE NOT PAID
(SEE LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| BERNARD J. SACHS,<br>Personal Representative of the Estate of<br>DALINDA C. BADENHOOP, Deceased,<br>and MARIEL GREENSTEIN, Individually,<br>and SANDY KLAUS, Individually,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LORILLARD TOBACCO CO.,<br><br>　　　　　Defendant. | Civil Action No. JFM-01-CV-0152<br><br>Judge Motz |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1.(b) of this Court, Kathleen M. McDonald, Esquire, a member of the Bar of this Court, moves the admission of James E. Berger, Esquire, to appear pro hac vice in the above-captioned proceeding as additional counsel for Defendant, Lorillard Tobacco Company. Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bars of the State of Missouri, the United States District Court for the Western District of Missouri, and the United States Court of Appeals for the Eighth Circuit.

2. During the past twelve (12) months immediately preceding the filing of this Motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice.



4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and he understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in these proceedings will be the undersigned, who has been formally admitted to the bar of this Court.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| /s/ Kathleen M. McDonald | /s/ James E. Berger |
| Kathleen M. McDonald | James E. Berger |
| Federal Bar No. 764 | Shook, Hardy & Bacon L.L.P. |
| Kerr McDonald, LLP | One Kansas City Place |
| 31 Light Street, Suite 400 | 1200 Main Street |
| Baltimore, Maryland 21202 | Kansas City, Missouri 64105 |
| Tel: 410-539-2900 | Tel.: (816) 474-6550 |
| Fax: 410-539-2956 | Fax: (816) 421-2708 |

Prid _____
Plid _____

**ORDER**

Motion ✓ GRANTED.

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED.

Date: 12/11/02

Felicia C. Cannon
_____
**Clerk, United States District Court**

by: _____

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2002, a copy of the Motion for Admission *Pro Hac Vice* and proposed Order was served, by hand delivery, on:

John Amato, IV, Esquire
Goodman, Meagher & Enoch, LLP
111 N. Charles Street, 7th Floor
Baltimore, MD 21201-3892

and was mailed, by first-class mail, postage prepaid, to:

P. Jay Cone, II, Esquire
Ness, Motley, P.A.
Post Office Box 1792
Mt. Pleasant, SC 29464

*Kathleen M. McDonald*
Kathleen M. McDonald

3