# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DALINDA BADENHOOP, et al**              ✱

   **vs.**                              **Case No.: JFM-01-152**

  **LORILLARD TOBACCO**

✱✱✱✱✱✱

### AUTHORIZATION FOR JUROR MEAL

   The United States Marshal is directed to provide meals, lodging, or refreshments for the jury and bailiff while the jury is deliberating.

| DATE | JURY RECEIVED |
|------|---------------|
| 4-29-03 | Lunch |
|  |  |
|  |  |
|  |  |
|  |  |

Number of Jurors: _8_

Name of C.S.O./U.S.M. _Larry Barrow_

   T IS SO AUTHORIZED this _30_ day of _____ rev _____ 20 _03_

            Felicia C. Cannon
            Clerk