AO 133 (Rev. 9/89) Bill of Costs ⊕

# United States District Court

for the _____ **DISTRICT OF** Maryland _____

Bernard J, Sachs, Personal Representative
of the Estate of Dalinda Badenhoop, et al.
             v.
Lorillard Tobacco Company

**BILL OF COSTS**

Case Number: JFM-01-CV-0152

Judgment having been entered in the above entitled action on ___4/30/03___ against ___Plaintiffs___.
                                                            *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 150.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 17,558.48** |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . | 2,702.20 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . | 4,834.72 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **TOTAL** $ | 25,235.40 |

  ** Lorillard anticipates that it will receive an
     additional invoice from Walls Reporting, which will be submitted when received.
SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

John Amato, IV, Esquire & John Herrick, Esquire

Signature of Attorney: _Kathleen M. McDonald_

Name of Attorney: Kathleen M. McDonald, Esquire; Kerr McDonald, LLP (Fed. Bar # 00764)

For: Lorillard Tobacco Company, Defendant         Date: 05/14/03
           *Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgment.

                            **By:** _____

_____             _____             _____
     *Clerk of Court*                     *Deputy Clerk*                  *Date*