IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNARD J. SACHS, | ) | |
| Personal Representative of the Estate of ` | ) | |
| DALINDA C. BADENHOOP, Deceased, | ) | |
| and MARIEL GREENSTEIN, Individually, | ) | |
| and SANDY KLAUS, Individually, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. JFM-01-CV-0152 |
| | ) | |
| v. | ) | Judge J. Frederick Motz |
| | ) | |
| | ) | |
| LORILLARD TOBACCO CO., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit A, which is an attachment to Lorillard Tobacco Company's Memorandum in Support of Bill of Costs, exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Date:   May 14, 2003

/s/
Kathleen M. McDonald, Esquire
Bar Number: 00764
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202
410-539-2900
410-539-2956 FAX

Attorney for Defendant
Lorillard Tobacco Company

R0444