# KERR McDONALD, LLP
ATTORNEYS AT LAW
31 LIGHT STREET
SUITE 400
BALTIMORE, MARYLAND 21202

_____

(410) 539-2900
FAX (410) 539-2956
E-MAIL KMcDonald@KerrMcDonald.com

CHARLES M. KERR
KATHLEEN M. McDONALD

OF COUNSEL
ROBERT G. CASSILLY

July 7, 2003

**BY ELECTRONIC FILING**
Felicia C. Cannon, Clerk
United States District Court for
    the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   *Bernard J. Sachs, Personal Representative of the Estate of Dalinda C. Badenhoop, et al v. Lorillard Tobacco Company*
       Civil Action No. JFM-01-152

Dear Ms. Cannon:

On July 3, 2003, counsel for Lorillard received your Order awarding costs in the amount of $1,599.00 in the above-captioned case. As a result of an agreement reached previously with counsel for Plaintiffs, Lorillard is requesting that the Order be vacated and that Lorillard's Bill of Costs be marked as withdrawn. Please let me know if you require anything further in that regard.

Thank you for your assistance in this matter.

Very truly yours,

Kathleen M. McDonald,
Counsel for Defendant Lorillard Tobacco
Company

cc:   John Amato, IV, Esquire, by facsimile
       Roger C. Geary, Esquire, by facsimile
M7891